UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 5 2006 ★

BROOKLYN OFFICE

- - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA, ex rel.
Dr. Ludwig Koch,

             Plaintiff,

        v.

UBS AG;a/k/a UNION BANK OF
SWITZERLAND;a/k/a UBS(USA)INC,legal
successor to Interhandel.
a/k/a INTERNATIONALE GESELLSCHAFT FUR
CHEMISCHE UNTERNEHMUNGEN a/k/a I.G. CHEMIE;
a/k/a INTERNATIONALE INDUSTRIE UND
HANDELSBETEILIGUNGEN AG a/k/a SOCIETE
INTERNATIONALE POUR PARTICIPATIONS
INDUSTRIELLES ET COMMERCIALES S.A. a/k/a
INTERHANDEL;and CREDIT SUISSE,legal
successor to Schweizerische Kreditanstalt,

             Defendants.

- - - - - - - - - - - - - - - - - - - - -X

~~UNDER SEAL~~

**ORDER**

Civil Action No.
05-CV-854
(Block,J.)

      The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C.§ 3730(b)(4)(B), the Court rules as follows:

      IT IS ORDERED that,

      1. the complaint be unsealed and served upon the Defendants by the relator;

      2. all other contents of the Court's file in this action remain under seal and not be made public or served upon Defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator will serve upon Defendant only after service of the complaint;

3.  the seal be lifted as to all other matters occurring in this action after the date of this Order;

4.  the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5.  all orders of this Court shall be sent to the United States; and that

6.  should the relator or Defendant propose that this action be dismissed, settled, or any otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

JACK B. WEINSTEIN J.BLXX 4/5/06
United States District Judge